IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

HERBERT H. HOWARD                                                                          APPELLANT

V.                                                                  CIVIL ACTION NO. 3:18-CV-163-SA

LOCKE D. BARKLEY, et al                                                                     APPELLEES

ORDER

For all of the reasons fully explained in a separate memorandum opinion issued this same day, the Court ORDERS the following: The decision of the Bankruptcy Court in this Case is AFFIRMED and this CASE is DISMISSED with prejudice.[1]

It is so ORDERED on this the 29th day of March, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

---

[1] Howard's Motion to Strike [36] the Appellee Brief [35] of Renasant Bank is DENIED as MOOT. It was unnecessary for the Court to consider Renasant's "cautionary brief" in deciding the merits of this appeal.